*bell*, and *L. E. Jeffries* for petitioner. No appearance for respondent.

No. 849. UTAH *v.* UNITED STATES; and

No. 877. CARBON COUNTY LAND Co. *v.* UNITED STATES ET AL. May 18, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. George P. Parker* and *Mahlon E. Wilson* for Utah. *Mr. Samuel A. King* for Carbon County Land Co. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Claude R. Branch, Nat M. Lacy,* and *Paul D. Miller* for the United States.

No. 866. SOUTHERN RAILWAY Co. *v.* MOORE, ADMINISTRATOR. May 18, 1931. Petition for writ of certiorari to the Supreme Court of South Carolina granted. *Messrs. S. R. Prince, H. O'B. Cooper, Frank G. Tompkins,* and *L. E. Jeffries* for petitioner. No appearance for respondent.

No. 889. UNITED STATES *v.* RYAN. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. John J. Byrne* and *Paul D. Miller* for the United States. No appearance for respondent.

No. 896. WESTERN PACIFIC CALIFORNIA R. Co. *v.* SOUTHERN PACIFIC Co. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. F. M. Angellotti* and *Harriet P. Tyler* for petitioner. *Messrs. C. O. Amonette, H. C.*

*Booth, C. W. Durbrow,* and *Guy V. Shoup* for respondent.

No. 906. VAN HUFFEL *v.* HARKELRODE, TREASURER. May 25, 1931. Petition for writ of certiorari to the Court of Appeals of Trumbull County, Ohio, granted. *Mr. H. H. Hoppe* for petitioner. *Mr. G. H. Birrell* for respondent.

No. 907. VAN HUFFEL *v.* HARKELRODE, TREASURER. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Mr. H. H. Hoppe* for petitioner. *Mr. G. H. Birrell* for respondent.

No. 931. GREEN STAR STEAMSHIP Co., LTD. *v.* ARMOUR & Co. ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John C. Crawley* for petitioner. *Messrs. D. Roger Englar* and *Leonard J. Matteson* for respondents.

No. 935. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. VINDICATOR CONSOLIDATED GOLD MINING Co.; and

No. 936. SAME *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. May 25, 1931. Petition for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Mr. Whitney North Seymour* for petitioner. *Messrs. Edgar Watkins* and *J. C. Trimble* for Vindicator Consolidated Gold Mining Co. *Messrs. Marion Smith, Edgar Watkins,* and *Mac Asbill* for Chestatee Pyrites & Chemical Corp.